UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KENNETH D. BELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00032-DDN |
| | ) | |
| JASON LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Petitioner Kenneth D. Bell has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner must either pay the $5.00 filing fee, or submit a motion for leave to proceed in forma pauperis within **twenty-one (21)** days of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's form Motion to Proceed in Forma Pauperis – Habeas Cases.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the dismissal of this case without further proceedings.

Dated this 18th day of February, 2020.

/s/ David D. Noce
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE